**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Christine Hogan, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Zuger Kirmis & Smith, PLLP, and ) | |
| Standard Insurance Company, ) | Case No. 1:23-cv-00047 |
| ) | |
| Defendants. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on June 3, 2024, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 25th day of April, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court