IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christine Hogan, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER STAYING DISCOVERY** |
| | ) | **DEADLINES** |
| v. | ) | |
| | ) | |
| Zuger Kirmis & Smith, PLLP, | ) | Case No.: 1:23-cv-00047 |
| | ) | |
| Defendant. | ) | |

On October 8, 2024, the court held a status conference pertaining to a discovery dispute with the parties. (Doc. No. 46). For the reasons articulated on the record, the court stays discovery deadlines pending further order of the court.

In the interim, the parties shall make an effort to resolve their dispute without court involvement. Should the parties require further court assistance, they should contact the court at NDD_J-Hochhalter@ndd.uscourts.gov to schedule a status conference.

**IT IS SO ORDERED.**

Dated this 8th day of October, 2024.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court