IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Christine Hogan, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Zuger Kirmis & Smith, PLLP, | ) | Case No. 1:23-cv-047 |
| | ) | |
| Defendant. | ) | |

On October 1, 2024, Plaintiff filed a Motion for Contempt and Sanctions. (Doc. No. 43). On December 9, 2024, Plaintiff filed a Request to Withdraw Motion for Contempt and Sanctions, advising that the issues that had precipitated the motion have now been resolved. (Doc. No. 50). On December 9, 2024, Defendant filed a Motion for Status Conference. (Doc. No. 51).

Plaintiff's Request to Withdraw Motion for Contempt and Sanctions (Doc. No. 50) is **GRANTED**. Plaintiff's Motion for Contempt and Sanctions (Doc. No. 43) is deemed **MOOT**. Defendant's Motion for Status Conference (Doc. No. 51) is **GRANTED**. The court shall schedule a status conference with the parties by telephone at 9:00 AM on December 19, 2024. To participate in the conference, the parties should (571) 353-2301 and enter 292466149 followed by # when prompted.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court